UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:14CR11 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MWALE KAKUSA, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Nancy A. Vecchiarelli's Report and Recommendation that the Court ACCEPT Defendant Mwal Kakusa's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 7.)

On January 15, 2014, the government filed an Information against Defendant. (Doc. No. 1.) On January 23, 2014, this Court issued an order assigning this case to Magistrate Judge Vecchiarelli for the purpose of receiving Defendant's guilty plea. (Doc. No. 2.)

On January 30, 2014, a hearing was held in which Defendant entered a plea of guilty to Counts 1, 2, and 3 of the Information, charging him with Conspiracy to Make False Claims, in violation of 18 U.S.C. Section 286, and False Claims, in violation of 18 U.S.C. Section 287. Magistrate Judge Vecchiarelli received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 7.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. Section 286, and guilty of Counts 2 and 3 in violation of 18 U.S.C. Section 287. The sentencing will be held on May 7, 2014 at 12:00 p.m.

**IT IS SO ORDERED**.

Dated: March 25, 2014

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**